UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| )  | |
| Plaintiff,  ) | |
| )  | |
| v.  ) | |
| )  | Cause No. 3:04-00168 |
| ANTHONY CRUES,  ) | JUDGE NIXON |
| )  | |
| Defendant,  ) | |
| )  | |
| AMERICAN HOMEPATIENT, INC.,  ) | |
| )  | |
| Garnishee.  ) | |

## ORDER TO TERMINATE WRIT OF GARNISHMENT

Plaintiff's Motion to terminate the writ of garnishment issued by this Court on December 11, 2012 is hereby GRANTED.

The Defendant, having terminated employment with this Garnishee on or about September 11, 2013, shall be released from garnishment immediately. Plaintiff shall notify Defendant and Garnishee of this Order.

It is so ORDERED.

ENTERED this the 28 day of May, 2014.


_____
JOHN T. NIXON
JUDGE, U.S. DISTRICT COURT